AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2243(b)- Sexual Abuse of a Ward

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
15 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
FEB 17 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
John Russell Bellhouse

**DISTRICT COURT NUMBER**
CR 22 0066 JST

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DOJ OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.
4:21-MJ-71905

Name and Office of Person Furnishing Information on this form   STEPHANIE M. HINDS
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   MOLLY K. PRIEDEMAN

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
NDCA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal   ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

JOHN RUSSELL BELLHOUSE,

CR 22 0066 JST

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 2243(b)- Sexual Abuse of a Ward

---

A true bill.

/s/ *Foreperson of the Grand Jury - Roy Alper*
                                                       Foreman

Filed in open court this 17th day of

February, 2022.

*William Jahns*
*Kandis Westmore*          Clerk

Bail, $ No Process

KANDIS A. WESTMORE, U.S. Magistrate Judge

FILED
FEB 17 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 22 066 |
| Plaintiff, | |
| v. | VIOLATION: 18 U.S.C. § 2243(b) – Sexual Abuse of a Ward |
| JOHN RUSSELL BELLHOUSE, | |
| Defendant. | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges, that at all times relevant to this Indictment:

Introductory Allegations

1.  The Federal Correctional Institution, Dublin ("FCI Dublin") was a federal prison in Alameda County, California, within the Northern District of California.

2.  The defendant JOHN RUSSELL BELLHOUSE ("BELLHOUSE") was employed at FCI-Dublin as a correctional officer.

3.  Victim 1, an individual known to the Grand Jury, was an inmate at FCI Dublin, under the custodial, supervisory, and disciplinary authority of the defendant.

4.  The term "sexual act" meant, among other things, contact between the mouth and the penis. 18 U.S.C. § 2246(2)(B).

## COUNT ONE
(Sexual Abuse of a Ward)

5. On a date between approximately February 2020 and October 2020, in the Northern District of California, the defendant

JOHN RUSSELL BELLHOUSE

knowingly engaged in a sexual act with Victim 1; to wit, there was contact between his penis and Victim 1's mouth, in violation of 18 U.S.C. § 2243(b).

DATED: February 17, 2022                              A TRUE BILL.


/s/ *Foreperson of the Grand Jury- Roy Alper*
FOREPERSON

STEPHANIE M. HINDS
United States Attorney

/s/ *Molly K. Priedeman*
MOLLY K. PRIEDEMAN
Assistant United States Attorney

INDICTMENT                                  2