STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS S. COLTHURST (CABN 99493)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> JOHN RUSSELL BELLHOUSE, <br>     Defendant. | NO. 22-cr-00066 YGR <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The United States and counsel for the defendant jointly stipulate and request that a status conference in the above-captioned case be scheduled for April 27, 2022, and that time be excluded under the Speedy Trial Act from March 25, 2022 to April 27, 2022.

The government and counsel for the defendant have agreed that time be excluded under and the Speedy Trial Act so that defense counsel can continue to prepare. The government has produced voluminous discovery to defense counsel. For these reasons, the parties stipulate and agree that excluding time until April 27, 2022, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding time from March 25, 2022 to April 27, 2022, from computation under the Speedy Trial Act outweighs

1  the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

2      The undersigned Assistant United States Attorney certifies that she has obtained approval from

3  counsel for the defendant to file this stipulation, request, and proposed order.

5      IT IS SO STIPULATED.

7  DATED: March 16, 2022　　　　　　　　　　　　　　　　/s/ Molly K. Priedeman
                                                                     MOLLY K. PRIEDEMAN
                                                                     Assistant United States Attorney

10  DATED: March 16, 2022　　　　　　　　　　　　　　　　/s/ Shaffy Moeel
                                                                       SHAFFY MOEEL
                                                                     Attorney for the Defendant

# ORDER

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from March 25, 2022 to April 27, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 25, 2022 to April 27, 2022, from computation under the Speedy Trial Act outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 25, 2022 to April 27, 2022, shall be excluded from computation under the Speedy Trial Act and the status conference is continued to April 27, 2022.

IT IS SO ORDERED.

DATED: March 17, 2022

THE HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge