MOEEL LAH FAKHOURY LLP

Shaffy Moeel (State Bar No. 238732)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:    (510) 500-9994
Email: shaffy@mlf-llp.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. 22-CR-66-YGR |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| JOHN RUSSELL BELLHOUSE, | |
| Defendant. | |

Undersigned counsel respectfully moves this Court to grant leave for her to withdraw as attorney of record on this case. Mr. Bellhouse intends to seek appointment of counsel pursuant to the Criminal Justice Act. Mr. Bellhouse's financial circumstances have significantly changed from when he first retained undersigned counsel to the present. Mr. Bellhouse is not able to afford private counsel to assist him in the above-captioned matter. As a result, undersigned counsel seeks to withdraw from this case and if approved, place the matter before the magistrate judge court for appointment of counsel for Mr. Bellhouse.

-1-
**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE AND [PROPOSED] ORDER**

Mr. Bellhouse understands that while undersigned counsel is a member of the district's Criminal Justice Act panel, if he is qualified to receive appointment of counsel, the Court may select a different lawyer to represent him. Nevertheless, upon request of the Court, undersigned counsel will gladly provide the Court, *ex parte* and under seal, information about legal services performed by undersigned counsel on Mr. Bellhouse's behalf to-date, in the event such information is helpful to either this motion or to his appointment of counsel.

DATED: June 27, 2022            MOEEL LAH FAKHOURY LLP

*/s/ Shaffy Moeel*

Shaffy Moeel
Attorneys for Mr. Bellhouse

[PROPOSED] ORDER

Based upon the facts set forth in this unopposed motion, IT IS HEREBY ORDERED that Shaffy Moeel of Moeel Lah Fakhoury LLP be permitted to withdraw as attorney of record from the instant case.

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge