UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| USA, | |
|---|---|
| Plaintiff. | Case No. 4:22-cr-00066-YGR-1 (DMR) |
| v. | **INITIAL ORDER FOR REIMBURSEMENT OF COST OF COURT-APPOINTED COUNSEL** |
| JOHN RUSSELL BELLHOUSE, | |
| Defendant. | |

The court held a hearing on July 6, 2022 at which Defendant John Russell Bellhouse appeared and was represented by counsel. The court found that Bellhouse is eligible for appointment of counsel under the Criminal Justice Act and further found that he has sufficient assets to make partial payment for the representation.

IT IS HEREBY ORDERED: that Bellhouse pay **$500.00 per month** for his representation. Payment is due **July 15, 2022 and will be due on the 15th of each following month** for the duration of this case.

The check should be made payable to "Clerk, United States District Court" and mailed to: United States District Court, Attn: Clerk's Office, 450 Golden Gate Avenue, San Francisco, CA 94102; the case number listed above should be written on the memo line of the check.

At the conclusion of this case, a hearing shall be conducted to determine whether Bellhouse should reimburse the United States District Court for the Northern District of California for any additional cost of his court-appointed counsel.

IT IS SO ORDERED.

Dated: July 7, 2022

_____
DONNA M. RYU
United States Magistrate Judge