AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☒ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2243(b)- Sexual Abuse of a Ward
18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
▶ John Russell Bellhouse

DISTRICT COURT NUMBER
4:22-CR-00066-YGR

FILED
SEP 29 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   STEPHANIE M. HINDS
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   MOLLY K. PRIEDEMAN

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## Maximum Penalties

### 18 U.S.C. § 2243(b) – Sexual Abuse of a Ward (Counts One, Two)

15 years imprisonment
$250,000 fine
Restitution
Maximum Supervised Release Term: Life
Minimum Supervised Release term:  5 years
Mandatory Special Assessment: $5,100

### 18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact (Counts Three, Four, Five, Six)

2 years imprisonment
$250,000 fine
Restitution
Maximum Supervised Release Term: Life
Minimum Supervised Release term:  5 years
Mandatory Special Assessment: $5,100

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND                    CASE NO. 22-CR-00066-YGR

UNITED STATES OF AMERICA,

V.

JOHN RUSSELL BELLHOUSE,

FILED
SEP 29 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT(S).

## SUPERSEDING INDICTMENT

18 U.S.C. § 2243(b) – Sexual Abuse of a Ward
18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact

A true bill.

_____ Foreman

Filed in open court this 29th day of September, 2022

Ivy L. Garcia 9/29/22
                      9/29/22  Clerk

Bail, $ No Process

HON. DONNA M. RYU, U.S. MAGISTRATE JUDGE

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

FILED

SEP 29 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 4:22-CR-00066-YGR |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATION: |
| v. | ) 18 U.S.C. § 2243(b) – Sexual Abuse of a Ward |
| | ) 18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact |
| JOHN RUSSELL BELLHOUSE, | ) |
| Defendant. | ) |
| | ) OAKLAND VENUE |

SUPERSEDING INDICTMENT

The Grand Jury charges, that at all times relevant to this Superseding Indictment:

Introductory Allegations

1. The Federal Correctional Institution, Dublin ("FCI Dublin") was a federal prison in Alameda County, California, within the Northern District of California.

2. The defendant JOHN RUSSELL BELLHOUSE ("BELLHOUSE") was employed at FCI Dublin as a correctional officer.

3. Victim 1, an individual known to the Grand Jury, was a female inmate at FCI Dublin, who was serving a prison sentence.

4. Victim 2, an individual known to the Grand Jury, was a female inmate at FCI Dublin,

SUPERSEDING INDICTMENT                 1

who was serving a prison sentence.

5. Victim 3, an individual known to the Grand Jury, was a female inmate at FCI Dublin, who was serving a prison sentence.

**COUNT ONE**
(Sexual Abuse of a Ward)

6. Paragraphs 1 through 5 of this Superseding Indictment are re-alleged and incorporated as if fully set forth here.

7. On a date between approximately December 2019 and October 2020, in the Northern District of California, the defendant

JOHN RUSSELL BELLHOUSE

while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with Victim 1, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he caused contact between his penis and Victim 1's mouth, while they were in the FCI Dublin Prison Safety Warehouse, in violation of 18 U.S.C. § 2243(b).

**COUNT TWO**
(Sexual Abuse of a Ward)

8. Paragraphs 1 through 5 of this Superseding Indictment are re-alleged and incorporated as if fully set forth here.

9. On a date between approximately February 2020 and October 2020, in the Northern District of California, the defendant

JOHN RUSSELL BELLHOUSE

while in FCI Dublin, a Federal prison, knowingly engaged in a sexual act with Victim 1, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, when he caused contact between his penis and Victim 1's mouth, while they were in the FCI Dublin Prison Safety Office, in violation of 18 U.S.C. § 2243(b).

///
///
///

SUPERSEDING INDICTMENT                2

**COUNT THREE**
(Abusive Sexual Contact)

10. Paragraphs 1 through 5 of this Superseding Indictment are re-alleged and incorporated as if fully set forth here.

11. Between approximately February 2020 and October 2020 in the Northern District of California, the defendant

JOHN RUSSELL BELLHOUSE

while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with Victim 1, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, when he touched Victim 1's breast and genitalia while they were in the FCI Dublin Prison Safety Office, in violation of 18 U.S.C. § 2244(a)(4).

**COUNT FOUR**
(Abusive Sexual Contact)

12. Paragraphs 1 through 5 of this Superseding Indictment are re-alleged and incorporated as if fully set forth here.

13. Between approximately October 2020 and December 2020, in the Northern District of California, the defendant

JOHN RUSSELL BELLHOUSE

while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with Victim 2, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, when he touched Victim 2's buttocks while they were in the FCI Dublin Camp Safety Office, in violation of 18 U.S.C. § 2244(a)(4).

**COUNT FIVE**
(Abusive Sexual Contact)

14. Paragraphs 1 through 5 of this Superseding Indictment are re-alleged and incorporated as if fully set forth here.

15. On or about October 22, 2020, in the Northern District of California, the defendant

JOHN RUSSELL BELLHOUSE

while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with Victim 2, a person who

SUPERSEDING INDICTMENT                 3

was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, when he touched Victim 2's inner thigh while they were in the FCI Dublin Camp Safety Office, in violation of 18 U.S.C. § 2244(a)(4).

**COUNT SIX**
(Abusive Sexual Contact)

16. Paragraphs 1 through 5 of this Superseding Indictment are re-alleged and incorporated as if fully set forth here.

17. Between approximately May 2020 and December 2020, in the Northern District of California, the defendant

JOHN RUSSELL BELLHOUSE

while in FCI Dublin, a Federal prison, knowingly engaged in sexual contact with Victim 3, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, when he touched Victim 3's inner thigh in the FCI Dublin Camp Safety Office, in violation of 18 U.S.C. § 2244(a)(4).

DATED: September 29, 2022

A TRUE BILL.

_____
FOREPERSON

STEPHANIE M. HINDS
United States Attorney

/s/ Andrew Paulson
ANDREW PAULSON
Assistant United States Attorney

SUPERSEDING INDICTMENT                    4