UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** November 7, 2022    **Time:** 10:28 – 10:41    **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 22-cr-00066-YGR-1    **Case Name:** UNITED STATES v. John Russell Bellhouse

(PRESENT VIA ZOOM)

**Attorney for Plaintiff: AUSA Andrew Paulson & Molly Priedeman**
**Attorney for Defendant: Shaffy Moeel**

**Deputy Clerk:** Aris Garcia    **Reported by:** Pamela Hebel

### PROCEEDINGS

Status Conference – Held via Zoom

Status conference tentatively set for 11/18/2022 at time to be determined

**EXCLUDABLE DELAY:**
Category
Begins  11/7/2022
Ends    6/5/2023