UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M.R.,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL CORRECTIONAL INSTITUTION FCI DUBLIN, et al.,<br><br>        Defendants. | Case No. 22-cv-05137-VKD<br><br>**ORDER REFERRING CASE TO CONSIDER WHETHER CASES ARE RELATED** |

On September 9, 2022, plaintiff filed this case against defendants Federal Correctional Institution Dublin, Ross Klinger, Ray J. Garcia, and the United States of America. Dkt. No. 1. In a motion to relate filed on January 3, 2023, and in a status update regarding service of process filed on February 6, 2023, M.R. states that this case is related to Case No. 22-cv-08924, *M.S. v. Federal Correctional Institution - Dublin et al*. It further appears that this case may be related to Case No. 22-cr-00066, *United States v. Bellhouse*. Pursuant to Civil Local Rule 3-12(c), the undersigned refers this action to Judge Gonzalez Rogers to consider whether the cases are related.

**IT IS SO ORDERED.**

Dated: February 6, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge