UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **JOHN RUSSELL BELLHOUSE** <br> Defendant. | No. 22-cr-00066-YGR <br><br> **PRE-TRIAL ORDER NO. 1 REGARDING TRIAL SCHEDULE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court hereby provides notice regarding the schedule for the trial. As previously advised, jury selection will occur on Friday, May 26, 2023, with opening statements to be given on May 30, 2023. In general, the trial schedule with the jury will be from 8:00 a.m. to 1:40 p.m., with two twenty-minute breaks. The Court will meet with counsel and the parties beginning at 8:00 a.m. Trial evidence will begin promptly at 8:30 a.m.

The noted schedule shall apply to all trial days except June 1, 2023. On June 1, 2023, evidence shall begin at 11:00 a.m. to 4:10 p.m. with 20-minute breaks at 12:30 p.m. and 2:20 p.m. In addition, the Court will be dark on June 7–9, 2023. The Court will be in session all other business days.

**IT IS SO ORDERED.**

Dated: March 3, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**