UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL JURY TRIAL MINUTES

**The Honorable YVONNE GONZALEZ ROGERS**

| **Clerk:** Ivy Garcia and Edwin Cuenco | **Court Reporter:** Pamela Batalo-Hebel |
|---|---|
| **Date:** May 30, 2023 | **Time:** 8:00-8:33; 8:42-10:18; 10:24-11:39; 11:50-1:53 |
| **Case Number:** 22-cr-00066-YGR-1 | **Case Name:** USA v. John Russell Bellhouse |
| **Plaintiff Attorney(s):** Molly Priedeman and Andrew Paulson | **Defense Attorney(s):** Shaffy Moeel and Kathryn Elizabeth Ross |
| **Trial Began:** May 26, 2023 | **Further Trial:** May 31, 2023 |

| **Trial Motions Heard:** | **Disposition** |
|---|---|
| 1. Defendant's Supplement to his Motion in Limine No. 2 [Docket No. 125] | Granted in part/Denied in part |
| 2. Defendant's Motion in Limine No. 4 [Docket No. 130] | Written order to issue |

**Other:**
Court read the preliminary jury instructions to the jury. Plaintiff's opening statement. Defendant's opening statement. Plaintiff's witnesses called: Liana and Ana. Further trial set on 5/31/2023. Parties and attorneys to come in at 8:00 a.m. Trial proceedings with the jury shall proceed on 5/31/2023 at 8:30 a.m.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 4:22-cr-00066-YGR-1
Case Name: USAv. John Russell Bellhouse

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Molly Priedeman<br>Andrew Paulson | Shaffy Moeel<br>Kathryn Ross |
| **TRIAL DATE:**<br>5/30/2023 | **REPORTER(S):**<br>Pamela Batalo-Hebel | **CLERK:**<br>Ivy Lerma Garcia<br>Edwin Cuenco |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **5/30/2023** | |
| | | 8:00 a.m. | | | **All parties and counsel are present. Matters discussed outside the presence of the jury. Court's discussion with Counsel with regards to the Supplemental Memorandum on Defendant's Motion in Limine No. 2 [Docket No. 125] – motion granted in part/denied in part.** | |
| | | 8:11 a.m. | | | Side bar conference. With the assistance of the Spanish Interpreter Conchita Lozano, 2 Witnesses were sworn in: Liana and Ana. | |
| | | 8:12 a.m. | | | Court informed Counsel that Defendant's Motion in Limine e-filed on 5/29/23 [Docket No. 130] has been locked in ECF. | |
| | | 8:33 a.m. | | | Court is in recess. | |
| | | 8:42 a.m. | | | Jury is present. | |
| | | 8:43 a.m. | | | The Court addresses the jury. Court gave the jury instructions regarding their duties. Court reads the preliminary jury instructions. | |
| | | 8:47 a.m. | | | Sidebar conference with counsel. | |
| | | 8:49 a.m. | | | Sidebar conference ended. | |
| | | 8:50 a.m. | | | Court continued reading the preliminary jury instructions. | |
| | | 9:07 a.m. | | | Preliminary jury instruction ends. | |
| | | 9:08 a.m. | | | Court is having technical issues re: Plaintiff's HDMI connections. Jury is excused. Court in recess to resolve the issues re: Plaintiff's technical issues. | |
| | | 9:21 a.m. | | | Court is reconvened. Jury is present. Plaintiff's opening statement given by Assistant U.S. Attorney Molly Priedeman. | |
| | | 9:40 a.m. | | | Defendant's opening statement given by Kathryn Ross. | |

Case No: 4:22-cr-00066-YGR-1
Case Name: USA v. John Russell Bellhouse
Date: May 30, 2023
Courtroom Deputy: Ivy Lerma Garcia and Edwin Cuenco   Court Reporter: Pamela Batalo-Hebel

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:57 a.m. | | | Jury is excused. | |
| | | 9:58 a.m. | | | Side bar conference. With the assistance of the Spanish Interpreter Conchita Lozano, Witness Angela was sworn in. Witness Anabel was sworn in. | |
| | | 10:18 a.m. | | | Court is in recess. | |
| | | 10:24 a.m. | | | Court is reconvened. | |
| | | 10:20 a.m. | | | Jury is present. Jury trial resumed. | |
| | | 10:21 a.m. | | | Witness **Liana** called to the stand and sworn in, direct examination by Assistant U.S. Attorney Andrew Paulson. | **Pltf.** |
| 134 | | 10:23 a.m. | X | X | Photo - Liana | |
| 127 | | 10:24 a.m. | X | X | Photo – Bellhouse | |
| 75 | | 10:25 a.m. | X | X | FCI Dublin Diagram | |
| 79-5 | | 10:37 a.m. | X | X | Photos – Safety Office (Prison) | |
| | | 11:07 a.m. | | | Direct examination of Witness Liana ends. Cross-examination of Witness **Liana** by Shaffy Moeel. | |
| | 696 | 11:15 a.m. | X | X | Photo from defense FCI site visit | |
| | 688 | 11:23 a.m. | X | | 2021-01-19 OIG MOI interview Ovsepian B-043913 | |
| | 689 | 11:24 a.m. | X | | 2021-05-27 OIG MOI interview Liana Ovsepian B-004965 | |
| | 691 | 11:25 a.m. | X | | 2022-11-10 OIG MOI tc Ovsepian 11-10-2022 re Moeel, Albanes contact with Notes and Photo | |
| | 692 | 11:26 a.m. | X | | 2023-04-04 OIG MOI interview Ovsepian with Agent Notes | |
| | | 11:29 a.m. | | | Re-direct examination of Witness **Liana** by Assistant U.S. Attorney Andrew Paulson. | |
| | | 11:31 a.m. | | | Jury is excused. Witness excused. | |
| | | 11:32 a.m. | | | Court's discussion with Counsel outside the presence of the jury re: testimony of Witness Liana. | |
| | | 11:39 a.m. | | | Court is in recess. | |
| | | 11:50 a.m. | | | Jury present. Jury trial resumed. | |
| | | 11:51 a.m. | | | Continued direct examination of Witness **Liana** by Assistant U.S. Attorney Andrew Paulson. | |
| | | 11:53 a.m. | | | No re-cross examination of Witness Liana by Shaffy Moeel. Witness stepped down subject to recall. | |

2

Case No: 4:22-cr-00066-YGR-1
Case Name: USA v. John Russell Bellhouse
Date: May 30, 2023
Courtroom Deputy: Ivy Lerma Garcia and Edwin Cuenco   Court Reporter: Pamela Batalo-Hebel

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 11:54 a.m. |  |  | Witness **Ana** called on the stand, sworn in (with the assistance of the Spanish Interpreter Conchita Lozano), direct examination by Assistant U.S. Attorney Molly Priedeman. | **Pltf.** |
| 128 |  | 11:58 a.m. | X | X | Photo – Ana |  |
| 1 |  | 12:11 a.m. | X | X | Inmate Note to Bellhouse ("I love you") |  |
| 2 |  | 12:13 a.m. | X | X | Inmate Note to Bellhouse (Hello baby…") |  |
| 3 |  | 12:16 a.m. | X | X | Inmate Note to Bellhouse (I just want to let you know…") |  |
| 4 |  | 12:17 a.m. | X | X | Inmate Note to Bellhouse (baby, hope you are having a good day…") |  |
| 5 |  | 12:19 a.m. | X | X | Photo of Ana 1 |  |
| 6 |  | 12:20 | X | X | Photo of Ana 2 |  |
| 80-2 |  | 12:27 | X | X | Photo – Safety Warehouse |  |
| 80-7 |  | 12:28 | X | X | Photo – Safety Warehouse |  |
| 80-9 |  | 12:29 | X | X | Photo – Safety Warehouse |  |
| 80-10 |  | 12:31 | X | X | Photo – Safety Warehouse |  |
| 187 |  | 12:33 | X | X | Photo of Earrings |  |
| 89-2 |  | 12:43 | X | X | Photo – FCI Dublin (Safety Office – Prison) |  |
| 89-7 |  | 12:44 | X | X | Photo – FCI Dublin (Safety Office – Prison) |  |
| 89-6 |  | 12:45 | X | X | Photo – FCI Dublin (Safety Office – Prison) |  |
| 79-10 |  | 12:46 | X | X | Photo – FCI Dublin (Safety Office – Prison) |  |
| 89-67 |  | 12:49 | X | X | Photo – FCI Dublin (Safety Office – Prison) |  |
| 79-11 |  | 12:51 | X | X | Photo – FCI Dublin (Safety Office – Prison) |  |
| 79-12 |  | 12:52 | X | X | Photo – FCI Dublin (Safety Office – Prison) |  |
| 90-3 |  | 12:53 | X | X | Photo – FCI Dublin (Bellhouse Office – Prison) |  |
| 90-6 |  | 12:54 | X | X | Photo – FCI Dublin (Bellhouse Office – Prison) |  |
|  |  | 1:00 p.m. |  |  | Direct examination of Witness Ana ended. |  |
|  |  | 1:01 p.m. |  |  | Cross-examination of Witness **Ana** by Shaffy Moeel. |  |
|  | 509 | 1:24 p.m. | X |  | B-003204 FBA 302 interview Ana Lopez-Ruiz 09-30-2021 |  |
|  | 515 | 1:40 p.m. | X |  | Ana Lopez-Ruiz Tort Claim |  |
|  |  | 1:42 p.m. |  |  | Court's admonition to the jurors re: not to talk or |  |

Case No: 4:22-cr-00066-YGR-1
Case Name: USA v. John Russell Bellhouse
Date: May 30, 2023
Courtroom Deputy: Ivy Lerma Garcia and Edwin Cuenco   Court Reporter: Pamela Batalo-Hebel

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | discuss and communicate about the case to anybody or research about the case. Jury is excused until 5/31/23 at 8:30 a.m. | |
| | | 1:45 p.m. | | | Court's admonition to Witness Ana re: not to talk about her testimony and the case to anybody including any lawyers. Witness Ana is excused and will continue to testify on 5/31/23 at 8:30 a.m. | |
| | | 1:46 p.m. | | | Matters discussed outside the presence of the jury re: Plaintiff's witnesses to be called on 5/31/23 and court to give instructions to the Jury re: Count 6. Having no objection from the defense, Witness **Liana is released.** | |
| | | 1:53 p.m. | | | Court is in recess until 5/31/23. Parties and attorneys to come in at 8:00 a.m. on 5/31/23. Trial proceedings with the jury shall proceed on 5/31/23 at 8:30 a.m. | |

4