UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>YVONNE GONZALEZ ROGERS</u>        Case No. <u>22-cr-00066-YGR-1</u>

CASE NAME: <u>USA v. Bellhouse</u>

NOTE FROM THE JURY

Note No. _____2_____

Date _____06-05-2023_____

Time _____10:32 am_____

**FILED**

JUN 05 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

Does count 4 refer specifically to the alleged buttock-touching incident in the safety office, or can it include the other alleged incidents of physical contact between the defendant and Genesis.

_____
Foreperson of the Jury

The jury should refer to the instructions relating to Count Four which identifies that the government's allegations relate to the touching of Genesis's buttocks.

_____
6/5/2023
10:54 AM.