UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**JOHN R. BELLHOUSE,**<br><br>    Defendant. | CASE NO. 4:22-CR-00066-YGR<br><br>**Verdict Form** |

FILED

JUN 05 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WE, THE JURY, IN THE ABOVE-ENTITLED CASE, MAKE THE FOLLOWING UNANIMOUS FINDINGS AS TO DEFENDANT JOHN RUSSELL BELLHOUSE AS TO EACH COUNT BELOW:

1. For COUNT ONE of the Indictment, a violation of Title 18 U.S.C. § 2243(b) for the crime of sexual abuse of a ward for engaging in a sexual act with Ana.

    GUILTY __✓__     NOT GUILTY _____

2. For COUNT TWO of the Indictment, a violation of Title 18 U.S.C. § 2243(b) for the crime of sexual abuse of a ward for engaging in a sexual act with Ana.

    GUILTY __✓__     NOT GUILTY _____

3. For COUNT THREE of the Indictment, a violation of Title 18 U.S.C. § 2244(a)(4) for the crime of abusive sexual contact for engaging in sexual contact with Ana.

    GUILTY __✓__     NOT GUILTY _____

4. For COUNT FOUR of the Indictment, a violation of Title 18 U.S.C. § 2244(a)(4) for the crime of abusive sexual contact for engaging in sexual contact with Genesis.

    GUILTY __✓__     NOT GUILTY _____

5. For COUNT FIVE of the Indictment, a violation of Title 18 U.S.C. § 2244(a)(4) for the crime of abusive sexual contact for engaging in sexual contact with Genesis.

    GUILTY __✓__     NOT GUILTY _____

DATED: 06-05-23

101
PRESIDING JUROR NO.

*(signature)*
PRESIDING JUROR SIGNATURE